E. Ray Grant, appellee, v. Russell Firebaugh, appellant. Gen. No. 37,872.

Opinion filed November 20, 1935. Rehearing denied December 4, 1935.

William Sherman Stahl, for appellant. A. S. & E. W. Froehlich, for appellee.

Mr. Presiding Justice Hall delivered the opinion of the court.

Frank L. Webb, appellee, v. John W. Prassas et al., on appeal of Harry Rattner, appellant. Gen. No. 37,882.

Opinion filed November 20, 1935.

Millard R. Powers and Turner & Turner, for appellant. Altheimer, Mayer, Woods & Smith, for appellee.

Mr. Presiding Justice Hall delivered the opinion of the court.

The People of the State of Illinois v. Kaspar-American State Bank, appellee, on appeal of Harry Kanta et al., appellants. Gen. No. 37,955.

Opinion filed November 20, 1935.

Charles J. Michal, for appellants; Clyde C. Fisher, of counsel. Ring, Uhlir & Cuchna, for appellee; Sabath, Perlman, Goodman & Rein, of counsel.

Mr. Presiding Justice Hall delivered the opinion of the court.